UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>OSCAR QUINTANA, )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 05-473 M<br><br>DETENTION ORDER |

Offense charged:

Count 1.  Conspiracy to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), and 846.

Count 2: Distribution of cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and Section 2.

Date of Detention Hearing:  October 18, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Defendant has not overcome these presumptions.

(2) Defendant is charged under an indictment from the Middle District of Florida, filed July 31, 2002.

(3) Defendant has almost no ties to the Western District of Washington, and he has been living in many different jurisdictions for short periods of time.

(4) Defendant has been on an absconder status with the Florida Department of Corrections since October 1999. In addition, in Washington, a bench warrant has been issued against the defendant for failure to appear on a misdemeanor charge.

(5) The defendant is facing charges for which the State of Florida will be filing an extradition request.

(6) Defendant has failed to overcome the presumption that he would be a risk of flight. No conditions or combination of conditions are apparent that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

01     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
02     counsel for the defendant, to the United States Marshal, and to the United States
03     Pretrial Services Officer.

04

05 DATED this <u>18th</u> day of October, 2005.

06 *[signature: James P. Donohue]*

07 JAMES P. DONOHUE
United States Magistrate Judge